**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6295**

JAHHAD MELEIK,

                    Plaintiff - Appellant,

          v.

SUPERINTENDENT ROBERT JONES; CAPTAIN MARQUIS BETZ,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge.  (5:12-ct-03100-BO)

Submitted:  May 22, 2014              Decided:  May 29, 2014

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior
Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jahhad Meleik, Appellant Pro Se.  Jodi Harrison, NORTH CAROLINA
DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jahhad Meleik appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Meleik v. Jones, No. 5:12-ct-03100-BO (E.D.N.C. Feb. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2